

WENDELIN I. LIPP
U. S. BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

IN RE:

| | |
|---|---|
| Latonya D. Stozier | Case No.: 19-17066<br>Chapter 13 |
| DEBTOR(S) | |

Truman 2016 SC5 MD ML, LLC, by
Rushmore Loan Management Services, LLC,
Servicing Agent
    MOVANT
       vs.
Latonya D. Stozier

Joseph Strozier, non-filing codebtor

    RESPONDENT(S)

### ORDER GRANTING RELIEF FROM AUTOMATIC STAY AND GRANTING AN IN REM EQUITABLE SERVITUDE AS TO THE PROPERTY KNOWN AS 2108 RACQUET PLACE, WALDORF, MD 20601

    Upon consideration of the foregoing Motion Seeking Relief from the Automatic Stay, no opposition having been filed, and good cause having been shown, it is by the United States Bankruptcy Court for the District of Maryland

1

ORDERED

A. That the automatic stay imposed by 11 U.S.C. Section 362(a), be and the same is hereby, lifted to enable Truman 2016 SC5 MD ML, LLC, by Rushmore Loan Management Services, LLC, Servicing Agent, or its successors and assigns, to foreclose against the real property and improvements known as 2108 Racquet Place, Waldorf, MD 20601 and allow the successful purchaser thereof to obtain possession of same,

B. That the property known as 2108 Racquet Place, Waldorf, MD 20601 be barred from any future bankruptcy filed within 1 year from the date of this order by any person with or claiming any interest in said property, and shall terminate upon the completion of foreclosure proceedings pending.

cc: Cohn, Goldberg & Deutsch, LLC
600 Baltimore Avenue, Suite 208
Towson, MD   21204

Joseph Strozier
2108 Racquet Place
Waldorf, MD 20601

Latonya D. Stozier
2108 Racquet Place
Waldorf, MD 20601

| and respondent(s)' counsel: | Timothy P. Branigan, Trustee |
| Pro Se | 9891 Broken Land Parkway, Ste 301 |
|  | Columbia, MD 21046 |

**End of Order**